THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENE KIPPER, Appellant, *v.* ALBERT E. ELLINGER, Sheriff of Oneida County, Respondent.

(Argued November 20, 1934; decided December 4, 1934.)

*William R. Goldbas* and *Joseph R. Horigan* for appellant.

*Thomas Brown Rudd,* District Attorney (*Earle C. Bastow* of counsel), for respondent.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.